## PAPPAS *v.* NICKAS.

PARTNERSHIP—ACCOUNTING—VALUE OF PARTNERSHIP ASSETS.
   In suit for partnership accounting, finding by trial judge of
   value of partnership assets is permitted to stand, where within
   evidence and not against preponderance thereof.

Appeal from Wayne; Hawley (Royal A.), J., presiding. Submitted June 6, 1933. (Docket No. 14, Calendar No. 36,003.) Decided August 29, 1933.

Bill by Gust Pappas against D. G. Nickas for accounting of partnership assets and for other relief. Decree for plaintiff. Defendant appeals. Affirmed.

*Floyd M. Phinney,* for appellant.

CLARK, J. The parties were partners in a restaurant business. Plaintiff was wrongfully excluded by defendant, who took over the assets. Plaintiff filed bill for accounting, dissolution, and other relief. He had decree. Defendant appeals.

The trial judge found the value of the partnership assets to be $3,000. This is challenged. The finding of value is within the evidence and not against the preponderance thereof, and therefore is permitted to stand. No other question merits discussion.

Affirmed, with costs to plaintiff.

McDONALD, C. J., and POTTER, SHARPE, NORTH, FEAD, WIEST, and BUTZEL, JJ., concurred.